IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA JEAN BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-627-WKW |
| ) | (WO) |
| CAPITAL VENEER WORKS, ) | |
| ) | |
| Defendant. ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) Judgment be and is hereby entered in favor of the defendant, Capital Veneer Works, and against the plaintiff, Gloria Jean Bell.

(2) Costs are taxed against plaintiff, Gloria Jean Bell, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 13th day of March, 2006.

                                                      /s/ W. Keith Watkins
                                                      UNITED STATES DISTRICT JUDGE